# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2307
_____

A.K., Mother of R.K., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

October 19, 2018


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher L. Craun, Lake City, for Appellant.

Ward L. Metzger of Department of Children and Families, Jacksonville; Joanna Summers Brunell of Florida Statewide Guardian ad Litem Office, Tallahassee, for Appellee.